**Order filed June 4, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00317-CV

_____

### CHRISTINE TELLEZ, Appellant

### V.

### NICHOLAS RODRIGUEZ, Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 541012101**

## O R D E R

No reporter's record has been filed in this case. The court reporter for County Civil Court at Law No. 1 informed this court that appellant had not made arrangements for payment for the reporter's record. On May 1, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of that notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal by July 5, 2019. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM